# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY HARRIS,<br><br>Defendant. | Case No. CR 24-01-GF-BMM<br><br>**ORDER EXTENDING VOLUNTARY SURRENDER DATE** |

Defendant Timothy Harris having filed a Motion for Extension of Date for Self-Surrender;

IT IS HEREBY ORDERED:  Timothy Harris's self-surrender date shall be Tuesday, August 4, 2026, no later than 2:00 p.m. to MCFP Springfield, in Springfield, Missouri.  A copy of this order shall be submitted to the U.S. Marshals Service and to the Bureau of Prisons.

DATED this 11th day of June 2026.

Brian Morris, Chief District Judge
United States District Courts